**Rebecca J. McMAHAN, for A.C.M., Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security Administration, Defendant–Appellee.**

**No. 06–1695.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 30, 2006.

Decided: Jan. 18, 2007.

V. Lamar Gudger, III, Gudger & Gudger, P.A., Asheville, North Carolina, for Appellant. Gretchen C.F. Shappert, United States Attorney, Charlotte, North Carolina, Sidney P. Alexander, Assistant United States Attorney, Asheville, North Carolina, Kavonne L. Mayeski, Special Assistant United States Attorney, Social Security Administration, Boston, Massachusetts, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rebecca J. McMahan appeals the magistrate judge's order and judgment affirming the Commissioner's denial of supplemental disability insurance benefits for her minor son.* We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater*, 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the administrative record and the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See McMahan v. Barnhart*, No. 1:04–cv–00216 (W.D.N.C. Apr. 17, 2006). We dispense with oral argument because the facts and

---

* The parties consented to the jurisdiction of the magistrate judge. *See* 28 U.S.C. § 636(c) (2000).